IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| D.R. Horton, Inc. | ) | |
| | ) | |
| | ) | C/A    9:25-cv-12612-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Builders Mutual Insurance Company | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Notice of Removal on Behalf of Defendant Builders Mutual Insurance Company**

Defendant Builders Mutual Insurance Company ("Builders Mutual") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 and Local Civ. Rule 83.IV.01 (D.S.C.) and Local Civ. Rule 83.IV.02 (D.S.C.) and states the following:

1. Plaintiff D.R. Horton, Inc. ("Plaintiff") commenced its civil action, against Builders Mutual, in the Court of Common Pleas, the Fourteenth Judicial Circuit, in Jasper County, SC, with the filing of its Summons and Complaint, on August 20, 2025. The civil action was assigned C/A No. 2025-CP-27-00479 by the Clerk of Court for Jasper County, SC, Court of Common Pleas.

2. Plaintiff seeks relief in the civil action against Builders Mutual for alleged benefits, as an alleged additional insured, in a Commercial Package Policy - Policy No. CPP 0048066 06 (05/13/2017 to 05/13/2018).

3. Builders Mutual received the Summons and Complaint on August 25, 2025, by Federal Express, dated August 22, 2025, from and addressed to CT Corporation System, Register Agent, 2 Office Park Court, Suite 103, Columbia, SC, 29223.

4. Plaintiff alleges in Paragraph 1 of its Complaint that Plaintiff is a Delaware corporation.

Builders Mutual is informed and believes that D.R. Horton's principal place of business/corporate headquarters is in Arlington, Texas.

5.     Builders Mutual is a mutual insurance company organized and domiciled in the State of North Carolina and has a principal place of business/corporate headquarters in Raleigh, North Carolina. Plaintiff has alleged the same in Paragraph 5 of the Complaint.

6.     Plaintiff seeks damages in an amount greater than the sum of $75,000.00, as evident by damages sought in an underlying liability action. The record in the public index (Jasper County, SC) for said action reflects an offer of judgment, filed on June 4, 2025, by Mark McGilton, for the sum of $15 million, which was served on D.R. Horton. D.R. Horton's prayer in its Complaint against Builders Mutual also includes one for punitive damages. (See ¶ 38 of Complaint) (**Exhibit A)**.

7.     The United States District Court for the District of South Carolina has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because the amount in controversy exceeds the sum of $75,000.00; and the civil action is a matter between citizens of different states. Accordingly, the civil action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

8.     Builders Mutual has attached a copy of the filed Summons and Complaint sent to Builders Mutual, together with the Exhibits, attached to the Complaint, filed by Plaintiff, to this Notice as **Exhibit A.** A copy of the process, including a Letter sending the Complaint and filed Affidavit of Service are **Exhibit B.** A copy of Builders Mutual's Answer to the Complaint is attached as **Exhibit C**. The Exhibits are the filings in the Jasper County public index as of the date of this Notice of Removal.

9.     This Notice of Removal is filed within thirty (30) days of alleged service on Builders Mutual.

 10.     This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Builders Mutual respectfully requests this Court remove, or accept the removal of this civil action, from the Court of Common Pleas, for the Fourteenth Judicial Circuit, in Jasper County, South Carolina, pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

*s/John L. McCants*

_____
John L. McCants, SC Bar No. 10423
Fed. I.D. 4870
**BAKER, RAVENEL & BENDER, LLP**
3710 Landmark Drive, Suite 400
Post Office Box 8057
Columbia, South Carolina 29202
(803) 343-3866
jmccants@brblegal.com
*Attorneys for the Defendant*
*Builders Mutual Insurance Co.*

September 17, 2025