# Exhibit B

# (State Court – Affidavit of Service)

ELECTRONICALLY FILED - 2025 Sep 15 1:54 PM - JASPER - COMMON PLEAS - CASE#2025CP2700479

STATE OF SOUTH CAROLINA    )    IN THE COURT OF COMMON PLEAS
COUNTY OF JASPER    )    FOURTEENTH JUDICIAL CIRCUIT
    )
    )    C.A. No.: 2025-CP-27-00479
D.R. Horton, Inc.,    )
    )
    Plaintiff,    )
    )    **AFFIDAVIT OF SERVICE**
vs.    )
    )
Builders Mutual Insurance Company,    )
    )
    Defendant.    )

The undersigned Cara Smith, being duly sworn, says she served D.R. Horton, Inc.'s

Summons, Complaint, and Exhibits A-F in this action on Builders Mutual Insurance Company

via Federal Express as follows this 25th day of August, 2025 and as evidenced in **Exhibit A**

attached:

Builders Mutual Insurance Company
CT Corporation System, Registered Agent
2 Office Park Court, Suite 103
Columbia, SC 29223

    FURTHER, AFFIANT SAYETH NOT.



Cara Smith

SWORN to and subscribed before me
this the 15th day of September, 2025.

Onyx Hall
Notary Public for South Carolina
My Commission Expires: 07-26-2033

September 15, 2025

# EXHIBIT A

ELECTRONICALLY FILED - 2025 Sep 15 1:54 PM - JASPER - COMMON PLEAS - CASE#2025CP2700479

Dear Customer,

The following is the proof-of-delivery for tracking number: 883781662852

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | V.Diibias | Delivery Location: | 2 OFFICE PARK CT# 103 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | Columbia, SC, 29223 |
| | | Delivery date: | Aug 25, 2025 09:37 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 883781662852 | Ship Date: | Aug 22, 2025 |
| | | Weight: | 4.0 LB/1.82 KG |

**Recipient:**
CT Corporation System, Reg Agent, Builders Mutual Insurance Company
2 Office Park Court
Suite 103
COLUMBIA, SC, US, 29223

**Shipper:**
Cara Smith, KENISON DUDLEY & CRAWFORD LLC
325 W McBee Avenue
Suite 301
Greenville, SC, US, 29601

Reference                    DRH v McGilton



Thank you for choosing FedEx